# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHN BAZEMORE, JR., | ) Case No. ED CV 17-667-MWF (SP) |
| Petitioner, | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | ) |
| CYNTHIA ENTZEL, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 10) is granted, and Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 23, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE